

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2015

No. 04-15-00152-CV

Mary **BARRERA**,
Appellant

v.

**HEB GROCERY COMPANY, LP**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14809
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file brief is hereby GRANTED.  No further extension of time will be granted absent extraordinary circumstances.  Time is extended to September 20, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2015.

_____
Keith E. Hottle
Clerk of Court